NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1230, -1231, -1233, -1234

BOSTON SCIENTIFIC CORPORATION and
BOSTON SCIENTIFIC SCIMED, INC.,

Plaintiffs-Appellees,

v.

JOHNSON & JOHNSON (also known as Johnson & Johnson, Inc.),
CORDIS CORPORATION, and WYETH,

Defendants-Appellants.

Appeals from the United States District Court for the District of Delaware
in consolidated case nos. 07-CV-0333, 07-CV-0348, 07-CV-0409, and
07-CV-0765, Judge Sue L. Robinson.

- - - - - - - - - - - - - - - - - - - - -

2010-1239, -1240, -1241, -1242

BOSTON SCIENTIFIC CORPORATION and
BOSTON SCIENTIFIC SCIMED, INC.,

Plaintiffs-Appellants,

v.

JOHNSON & JOHNSON (also known as Johnson & Johnson, Inc.),
CORDIS CORPORATION, and WYETH,

Defendants-Appellees.

Appeals from the United States District Court for the District of Delaware
in consolidated case nos. 07-CV-0333, 07-CV-0348, 07-CV-0409, and
07-CV-0765, Judge Sue L. Robinson.

ON MOTION

O R D E R

Boston Scientific Corporation and Boston Scientific Scimed, Inc. move to withdraw their appeals in case nos. 2010-1239, -1240, -1241, -1242.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion to withdraw the appeals is granted.  Appeal nos. 2010-1239, -1240, -1241, -1242 are dismissed.

(2)    All parties shall bear their own costs as to appeal nos. 2010-1239, -1240, -1241, -1242.

(3)    The revised official caption in 2010-1230, -1231, -1233, -1234 is reflected above.

FOR THE COURT

APR 0 9 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Matthew M. Wolf, Esq.
       David T. Pritikin, Esq.

s20

ISSUED AS A MANDATE: APR 0 9 2010
(as to 2010-1239, -1240, -1241, -1242 only)

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 0 9 2010

JAN HORBALY
CLERK

2010-1230 et al.                    2